IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JUAN CORZO,<br><br>    Plaintiff,<br><br> vs.<br><br>10 ROADS EXPRESS DRT LLC, USPS INSPECTOR GENERAL, FEDERAL MOTOR CARRIER SAFETY ADMINISTRATION (FMCSA), DEPARTMENT OF TRANSPORTATION INSPECTOR GENERAL, UNITED STATES POSTAL SERVICE (USPS), NEBRASKA DEPARTMENT OF LABOR, FEDERAL BUREAU OF INVESTIGATION (FBI), and DEPARTMENT OF GOVERNMENT EFFICIENCY (DOGE),<br><br>    Defendants. | 8:25CV539<br><br>MEMORANDUM AND ORDER |

  Plaintiff Juan Corzo filed a pro se complaint on September 8, 2025. Filing No. 1. The Court conducted an initial review and concluded Plaintiff had failed to state a claim upon which relief may be granted. Plaintiff was given until November 21, 2025, to file an amended complaint. Filing No. 7. Plaintiff did not file an amended complaint.

  Accordingly,

  IT IS ORDERED:

  1. Plaintiff's complaint is dismissed for failure to state a claim and failure to prosecute.

2. A separate judgment will be entered.

Dated this 24th day of November, 2025.

BY THE COURT:

_____
John M. Gerrard
Senior United States District Judge