IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JUAN CORZO,<br><br>     Plaintiff,<br><br>  vs.<br><br>10 ROADS EXPRESS DRT LLC, USPS INSPECTOR GENERAL, FEDERAL MOTOR CARRIER SAFETY ADMINISTRATION (FMCSA), DEPARTMENT OF TRANSPORTATION INSPECTOR GENERAL, UNITED STATES POSTAL SERVICE (USPS), NEBRASKA DEPARTMENT OF LABOR, FEDERAL BUREAU OF INVESTIGATION (FBI), and DEPARTMENT OF GOVERNMENT EFFICIENCY (DOGE),<br><br>     Defendants. | **8:25CV539**<br><br>**MEMORANDUM AND ORDER** |

   This matter is before the Court on Plaintiff's "Notice of Voluntary Withdrawal Without Prejudice," Filing No. 10, which the Court construes as a motion. In the Notice, Plaintiff asks to voluntarily withdraw his complaint pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), which states that a plaintiff may dismiss an action without a court order by filing "a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." However, just prior to Plaintiff filing his Notice, the Court entered a Memorandum and Order, Filing No. 8, and Judgment, Filing No. 9, dismissing this matter for failure to state a claim and because Plaintiff failed to file an amended complaint by the November 21, 2025, deadline.

Upon consideration, the Court will deny the bulk of Plaintiff's Notice as moot, but will grant his request to the extent the Court will enter an amended judgment specifying that the dismissal is without prejudice.

IT IS THEREFORE ORDERED that: Plaintiff's Notice, construed as a request for dismissal of this action, Filing No. 10, is granted only to the extent that the Court will enter an amended judgment specifying that this matter is dismissed without prejudice. In all other respects, Plaintiff's motion is denied as moot.

Dated this 1st day of December, 2025.

BY THE COURT:

_____
John M. Gerrard
Senior United States District Judge